UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of the Extradition of | : | Hon. Rukhsanah L. Singh, U.S.M.J. |
| | : | |
| YECHIEL YEHOSHUA FARKASH | : | Mag. No. 26-14012 |
| a/k/a YECHIEL FARKAS | : | |
| | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of the United States (Sammi Malek, Assistant United States Attorney, appearing), for an order sealing the Complaint for Provisional Arrest with a View Toward Extradition ("Complaint") and Provisional Arrest Warrant issued on this date against YECHIEL YEHOSHUA FARKASH a/k/a YECHIEL FARKAS, and for good cause shown,

IT IS, THEREFORE, on this 14th day of April, 2026,

ORDERED, except for such copies of the Provisional Arrest Warrant as necessary to accomplish its purpose, the Complaint, Provisional Arrest Warrant, and this Order are SEALED until the Provisional Arrest Warrant is executed or until further order of the Court, and it is further

ORDERED that, once the Provisional Arrest Warrant is executed, the Complaint, Provisional Arrest Warrant, and this Order are unsealed.

**RECEIVED**

APR 1 4 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

_____
HON. RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE