# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**  TRENTON                                    **DATE:**  April 17, 2026

**<u>JUDGE RUKHSANAH L. SINGH</u>**

**ESR:** Mark Morelli

**TITLE OF CASE:**                                      **DOCKET # 3:26-MJ-14012-01 (RLS)**
UNITED STATES OF AMERICA,
            vs.
YECHIEL YEHOSHUA FARKASH
            DEFENDANT PRESENT

**APPEARANCES:**
Matthew Belgiovine, AUSA for Government
Thomas Young, AFPD for Defendant (for today's purposes only)
Nailah Green, Pretrial Services
Penina Gold, Hebrew Interpreter (via telephone)

**NATURE OF PROCEEDING:**      Initial Appearance on Complaint
Initial appearance held.
Ordered interpreter affirmed - Penina Gold Hebrew interpreter affirmed.
Ordered Thomas Young, AFPD appointed as counsel for today's purposes only.
Defendant advised of rights, charges and penalties.
Defendant consents to detention with a right to make a bail application at a later time.
Order of Detention to be entered.
Ordered defendant remanded to the custody of the US Marshals.
Orders to be entered.
Bail hearing set for April 23, 2026 at 12:00 p.m. before United States Magistrate Judge
Rukhsanah L. Singh.

Time Commenced:    12:55 p.m.
Time Adjourned:    1:15 p.m.
Total Time:        20 minutes

                                              s/ Mark Morelli
                                              **DEPUTY CLERK**