# UNITED STATES DISTRICT COURT

for the

District of New Jersey

UNITED STATES OF AMERICA
                        *Plaintiff*

v.

YECHIEL YEHOSHUA FARKASH
                        *Defendant*

Case No.   26-mj-14012 (RLS)

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ___17th___ day of ___April___, 2026,

ORDERED that ___Thomas Young___ from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant for today's

purposes only.

_____
Rukhsanah L. Singh, U.S.M.J.

**RECEIVED**

APR 17 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ