RECEIVED

APR 17 2026

AT 8:30_____M
~~CLERK, U.S. DISTRICT~~ COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE EXTRADITION OF
YECHIEL YEHOSHUA FARKASH
a/k/a YECHIEL FARKAS

:
:
:
:
:
:

Hon. Rukhsanah L. Singh

Mag. No. 26-14012 (RLS)

**DETENTION ORDER**

This matter having been opened to the Court on motion of the United States (Matthew J. Belgiovine, Assistant United States Attorney, appearing) on April 17, 2026 for a detention order pursuant to the Court's inherent authority to detain a fugitive pursuant to Title 18, United States Code, Sections 3184 *et sequitur* as it pertains to fugitive Yechiel Yehoshua Farkash (by Thomas Young, Assistant Federal Public Defender, provisionally); and the defendant having consented to the motion while preserving Farkash's ability to present a bail package for the Court's consideration; and for good cause shown,

IT IS, on this 17th day of April, 2026,

ORDERED, that Farkash be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, that Farkash be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States,

Farkash shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE

2