AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey

| | |
|---|---|
| In the Matter of the Extradition of<br><br>Yechiel Yehoshua Farkash a/k/a Yechiel Farkas | )<br>)<br>)<br>)<br>)<br>) |

Case No.  2026-mj-14012 (RLS)

**RECEIVED**

APR 14 2026

**ARREST WARRANT**

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Yechiel Yehoshua Farkash a/k/a Yechiel Farkas
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Israel, which has sought arrest with a view toward extradition, pursuant to the extradition treaty between the United States and Israel, and 18 U.S.C. § 3184, so that he may stand trial for (1) attempted rape; (2) indecent acts through abuse of authority and educational relationship; and (3) indecent acts against a minor under the age of sixteen without free consent, in violation of Israeli criminal law.

Date: April 14, 2026

_____
*Issuing officer's signature*

City and state:    Trenton, New Jersey

Rukhsanah L. Singh, U.S.M.J.
*Printed name and title*

---

### Return

This warrant was received on *(date)*  April 14, 2026 , and the person was arrested on *(date)*  April 17. 2026
at *(city and state)*  Lakewood, New Jersey

Date:  April 17, 2026

_____
*Arresting officer's signature*

R. MILLER // Deputy U.S. Marshal
*Printed name and title*