## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:**  TRENTON                    **DATE:**  April 23, 2026

**JUDGE RUKHSANAH L. SINGH**

**ESR:** Mark Morelli


**TITLE OF CASE:**                    **DOCKET # 3:26-MJ-14012-01 (RLS)**
UNITED STATES OF AMERICA,
    vs.
YECHIEL YEHOSHUA FARKASH
      DEFENDANT PRESENT


**APPEARANCES:**
Sammi Malek, AUSA for Government
Benjamin West, AFPD for Defendant
Nailah Green, Pretrial Services
Joel Suberi, Hebrew Interpreter


**NATURE OF PROCEEDING:**      Bail Hearing
Bail hearing held.
Ordered interpreter sworn – Joel Suberi Hebrew interpreter sworn.
Hearing on application by defendant for appointment of counsel.
Financial affidavit submitted/filed.
Ordered application granted.
Ordered Benjamin West, AFPD appointed as counsel.
Hearing on application of Defendant for release.
Ordered application denied.
Order of Detention to be entered.
Ordered defendant remanded to the custody of the US Marshals.

Time Commenced:    1:05 p.m.
Time Adjourned:    2:00 p.m.
Total Time:    55 minutes


                                  s/ Mark Morelli
                                  **DEPUTY CLERK**