UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of the Extradition of | : | Hon. Rukhsanah L. Singh, U.S.M.J. |
| YECHIEL YEHOSHUA FARKASH a/k/a YECHIEL FARKAS | : | Mag. No. 26-14012 (RLS) |
| | : | DETENTION ORDER |

This matter having come to the Court on motion of fugitive YECHIEL YEHOSHUA FARKASH a/k/a YECHIEL FARKAS (Benjamin West, Esq., appearing) for release on bail in the above-captioned extradition proceedings; the United States (Sammi Malek, Assistant United States Attorney, appearing) having opposed the motion; the Court having considered the submissions and arguments of counsel and statements made on the record on April 23, 2026; for the reasons stated on the record and for good cause shown, the Court makes the following findings:

1.    There are no condition or combination of conditions that will reasonably assure the safety of the community; and

2.    The fugitive has failed to show "special circumstances" justifying his release.

IT IS, therefore, on this 23d day of April, 2026,

ORDERED, pursuant to the Court's inherent authority to detain a fugitive pursuant to Title 18, United States Code, Sections 3184 *et seq.*, that Farkash be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

-1-

RECEIVED

APR 23 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

ORDERED, that Farkas be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, Farkas shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

HONORABLE RUKHSANAH L. SINGH
United States Magistrate Judge

-2-