

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7ᵗʰ floor*          *973-645-2700*
*Newark, New Jersey 07102*

June 3, 2026

<u>VIA ECF AND EMAIL</u>

Hon. Rukhsanah L. Singh, U.S.M.J.
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

>      Re:    *In re Extradition of Yechiel Yehoshua Farkash a/k/a Yechiel Farkas,*
>             Mag. No. 26-14012

Dear Judge Singh:

Pursuant to the Court's text order dated April 29, 2026, the United States respectfully submits this status letter. On June 2, 2026, the United States Department of State advised the Department of Justice's Office of International Affairs ("OIA") that it received a formal extradition request from the Government of Israel with respect to fugitive Yechiel Yehoshua Farkash a/k/a Yechiel Farkas ("Farkash" or the "fugitive"). Upon completion of its review, the State Department will transmit the request to OIA, together with a declaration attesting to various matters, for submission to the Court.

Consequently, the United States requests a control date of **June 26, 2026**. By that date, the government anticipates proposing a pre-hearing briefing schedule. The proposed schedule would begin with the United States' opening brief in mid-to-late July, the fugitive's opposition approximately fourteen days later, and the government's optional reply approximately ten days later, preceding an extradition hearing. Alternatively, in the unlikely event the State Department's review remains

incomplete by June 26, 2026, the United States will file a status letter on the docket advising the Court and the defense.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    Sammi Malek
Assistant U.S. Attorney

Cc: Benjamin West, Esq., counsel for Yechiel Yehoshua Farkash (via ECF and email)

- 2 -