## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**  TRENTON                                   **DATE:**  June 16, 2026

**JUDGE RUKHSANAH L. SINGH**

**ESR:** Mark Morelli


**TITLE OF CASE:**                          **DOCKET # 3:26-MJ-14012-01 (RLS)**
UNITED STATES OF AMERICA,
         vs.
YECHIEL YEHOSHUA FARKASH
         DEFENDANT PRESENT


**APPEARANCES:**
Sammi Malek, AUSA for Government
Benjamin West, AFPD for Defendant
Lura Jenkins, Pretrial Services
Joel Suberi, Hebrew Interpreter


**NATURE OF PROCEEDING:**      Bail Hearing
Bail hearing held.
Ordered interpreter sworn – Joel Suberi Hebrew interpreter sworn.
Hearing on application of Defendant for release.
Application taken under advisement.
The bail hearing shall be reconvened at a date to be determined by the Court.
Ordered defendant to remain in custody of the US Marshals.

Time Commenced:     1:19 p.m.
Time Adjourned:     2:46 p.m.
Total Time:     1 Hour and 27 minutes


                                        s/ Mark Morelli
                                        **DEPUTY CLERK**