**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:**  TRENTON                          **DATE:**  June 24, 2026

**JUDGE RUKHSANAH L. SINGH**

**ESR:** Mark Morelli

**TITLE OF CASE:**                          **DOCKET # 3:26-MJ-14012-01 (RLS)**
UNITED STATES OF AMERICA,
     vs.
YECHIEL YEHOSHUA FARKASH
    DEFENDANT PRESENT

**APPEARANCES:**
Sammi Malek, AUSA for Government
Benjamin West, AFPD for Defendant
Nailah Green, Pretrial Services
Meir Turner, Hebrew Interpreter

**NATURE OF PROCEEDING:**      Bail Hearing
Bail hearing held.
Ordered interpreter sworn – Meir Turner Hebrew interpreter sworn.
Hearing on application of Defendant for release.
Application denied.
Ordered defendant to remain in the custody of the US Marshals.

Time Commenced:     12:18 p.m.
Time Adjourned:     1:07 p.m.
Total Time:         49 minutes

s/ Mark Morelli
**DEPUTY CLERK**