

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7th floor*            973-645-2700
*Newark, New Jersey 07102*

July 22, 2026

<u>VIA ECF AND EMAIL</u>

Hon. Rukhsanah L. Singh, U.S.M.J.
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    *In re Extradition of Yechiel Yehoshua Farkash a/k/a Yechiel Farkas,*
            Mag. No. 26-14012

Dear Judge Singh:

As the Court is aware, on July 2, 2026, the United States received and transmitted to the defense a copy of the extradition request in this case. As previously instructed by the Court, the parties hereby propose the following schedule for the filing of their respective briefs: the brief of the United States to be filed on or before **August 7, 2026**; the fugitive's response to be filed on or before **September 11, 2026**.

                  Respectfully submitted,

                  ROBERT FRAZER
                  United States Attorney

      By:   Sammi Malek
            Assistant U.S. Attorney

Cc: Benjamin West, Esq., counsel for Yechiel Yehoshua Farkash (via ECF and email)