UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE THE EXTRADITION OF | : | MAG. NO. 26-14012 (RLS) |
| | : | |
| YECHIEL FARKASH | : | |
| | : | APPLICATION FOR RELEASE |
| | : | NOTICE OF DEFENDANT |
| | : | |

Please be advised that on this date the defense submitted materials in support of Mr. Farkash's release on conditions.

Respectfully submitted,

*s/ Benjamin West*
Benjamin J. West
Assistant Federal Public Defender
Office of the Federal Public Defender
1002 Broad Street
Newark, NJ 07102
(609) 649-8364

Dated: October 15, 2026